IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Miller, Gregory | Case Number: 05 B 03440 |
| | Judge: Hollis, Pamela S |
| Printed: 10/2/07 | Filed: 2/2/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: August 20, 2007
Confirmed: June 20, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 6,861.77 | |
| Secured: | | 2,780.86 |
| Unsecured: | | 1,264.48 |
| Priority: | | 0.00 |
| Administrative: | | 2,505.20 |
| Trustee Fee: | | 311.23 |
| Other Funds: | | 0.00 |
| Totals: | 6,861.77 | 6,861.77 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,705.20 | 2,505.20 |
| 2. | Nuvell Financial Services | Secured | 0.00 | 0.00 |
| 3. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 4. | Option One Mortgage Corp | Secured | 6,958.10 | 2,464.15 |
| 5. | Illinois Title Loans | Secured | 316.71 | 316.71 |
| 6. | Municipal Collection Services | Unsecured | 1,246.23 | 787.80 |
| 7. | Illinois Title Loans | Unsecured | 499.73 | 315.88 |
| 8. | Consultants In Lab Med | Unsecured | 254.40 | 160.80 |
| 9. | AT&T Broadband | Unsecured | | No Claim Filed |
| 10. | Armor System Corporation | Unsecured | | No Claim Filed |
| 11. | AT&T Credi Corp. | Unsecured | | No Claim Filed |
| 12. | Allen & Associates | Unsecured | | No Claim Filed |
| 13. | Huron University | Unsecured | | No Claim Filed |
| 14. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 15. | Ingals Hospital | Unsecured | | No Claim Filed |
| 16. | Anesthesia Assoc | Unsecured | | No Claim Filed |
| 17. | Van Ru Credit Corporation | Unsecured | | No Claim Filed |
| 18. | Sprint | Unsecured | | No Claim Filed |
| 19. | National Recovery Systems | Unsecured | | No Claim Filed |
| 20. | Urological Surgery Consultants | Unsecured | | No Claim Filed |
| 21. | United Shockwave Svc | Unsecured | | No Claim Filed |
| 22. | Office Of Traffic Compliance | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 11,980.37 | $ 6,550.54 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Miller, Gregory

Printed: 10/2/07

Case Number: 05 B 03440
Judge: Hollis, Pamela S
Filed: 2/2/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 67.19 |
| 5.5% | 142.11 |
| 5% | 84.39 |
| 4.8% | 10.81 |
| 5.4% | 6.73 |
| | _____ |
| | $ 311.23 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_